GEOFFREY ROTWEIN, ESQ. (CA SBN 58176)
400 Montgomery Street, Second Floor
San Francisco, California 94104
Facsimile: (415) 397-0862
Telephone: (415) 397-0860

Attorney for Defendant
EVA YOK YAU ENG
APPEARING SPECIALLY

**FILED**

JUL 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(UNDER SEAL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-04-30439 JL  CR 05-0123 MHP |
| Plaintiff, | **ORDER PURSUANT TO STIPULATION PERMITTING DEFENDANT TO TRAVEL OUTSIDE NORTHERN CALIFORNIA** |
| vs. | |
| EVA YOK YAU ENG, et al, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant EVA YOK YAU ENG is hereby authorized to travel outside the Northern District of California to Pasadena, California, for social reasons, from July 27- August 1, 2005. This Order is contingent on defendant providing Pretrial Services with the details of her travel plans, where and with whom she will be staying and the telephone number there.

DATED: July 25, 2005

MAGISTRATE JUDGE, FEDERAL DISTRICT COURT

SO STIPULATED:

DATED: July 18, 2005

KEVIN V. RYAN
United States Attorney

By: _____
EDWARD TORPOCO
Assistant United States Attorney

ORDER APPROVING TRAVEL BY DEFENDANT
CR 03-04-30439 JL                                -1-

| | | |
|---|---|---|
| 1 | DATED: July 18, 2005 | _____<br>GEOFFREY ROTWEIN<br>Attorney for Defendant<br>EVA YOK YAU ENG |
| 2 | | |
| 3 | | |
| 4 | DATED: July 18, 2005 | UNITED STATES PRETRIAL SERVICE |
| 5 | | By: _____ Betty Kim |
| 6 | | BETTY KIM<br>Pretrial Services Officer |

ORDER APPROVING TRAVEL BY DEFENDANT
CR 03-04-30439 JL                                  -2-