GEOFFREY ROTWEIN, ESQ. (CA SBN 58176)
400 Montgomery Street, Second Floor
San Francisco, California 94104
Facsimile: (415) 397-0862
Telephone: (415) 397-0860

Attorney for Defendant
EVA YOK YAU ENG

**FILED**
DEC - 7 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(UNDER SEAL)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EVA YOK YAU ENG, et al., Defendant. | No. CR05-00123 MHP<br><br>**ORDER PURSUANT TO STIPULATION PERMITTING DEFENDANT TO TRAVEL OUTSIDE NORTHERN CALIFORNIA** |

IT IS HEREBY ORDERED that defendant EVA YOK YAU ENG is hereby authorized to travel outside the Northern District of California to Pasadena, California, for social reasons, from December 8-12, 2005. This Order is contingent on defendant providing Pretrial Services with the details of her travel plans, where and with whom she will be staying and the telephone number there.

DATED: Dec 6, 2005

_____
JUDGE, FEDERAL DISTRICT COURT

SO STIPULATED:

DATED: November 30, 2005

KEVIN V. RYAN
United States Attorney

By: _____
EDWARD TORPOCO
Assistant United States Attorney

ORDER APPROVING TRAVEL BY DEFENDANT
CR 03-04-30439 JL                                    -1-

| | | |
|---|---|---|
| 1 | DATED: November 29, 2005 | /s/ GEOFFREY ROTWEIN |
| 2 | | Attorney for Defendant |
| | | EVA YOK YAU ENG |
| 3 | | |
| 4 | DATED: November 29, 2005 | UNITED STATES PRETRIAL SERVICE |
| 5 | | |
| 6 | | By: /s/ BETTY KIM |
| | | Pretrial Services Officer |

ORDER APPROVING TRAVEL BY DEFENDANT
CR 05-04-30439 JL                                    -2-