1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   EVA YOK YAU ENG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR05-000123 MHP |
| Plaintiff, | **ORDER TO RELEASE DEFENDANT'S PASSPORT** |
| vs. | |
| EVA YOK YAU ENG, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court is to release to defendant or her counsel, her passport.

DATED: May 14 , 2008

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**ORDER TO RELEASE PASSPORT**
No. CR-05-000123 MHP